Toni **HAYNES**, Plaintiff–Appellant

v.

**Patrick R. DONAHOE, Postmaster General, Defendant–Appellee.**

**No. 11–11099**

**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

July 17, 2012.

Toni Haynes, Dallas, TX, pro se.

James Patrick Laurence, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Defendant–Appellee.

Before GARZA, SOUTHWICK, and HAYNES, Circuit Judges.

PER CURIAM: *

Toni Haynes[1] appeals the district court's decision granting summary judgment to Patrick R. Donahoe, Postmaster General, United States Postal Service, on her claims that her employer, the United States Postal Service, discriminated against her on the basis of sex and disability, retaliated against her for engaging in a protected activity, subjected her to a hostile work environment, and constructively discharged her. We have carefully reviewed the briefs and the pertinent portions of the record in this case, and we conclude that no error warranting reversal

---

1. Toni Haynes is not related to Circuit Judge Catharina Haynes.

is presented by the issues Haynes asserts in this appeal. Therefore, we affirm the judgment of the district court for substantially the same reasons articulated in the magistrate judge's report and recommendations, which was adopted by the district court.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.